# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: STRACK, DALE R. § Case No. 14-83393
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $138,796.50   Assets Exempt: $114,797.80
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,637.62   Claims Discharged
 Without Payment: $49,598.72

Total Expenses of Administration: $1,385.43

    3) Total gross receipts of $ 6,023.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,023.05 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $61,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,385.43 | 1,385.43 | 1,385.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 44,876.27 | 25,122.00 | 25,122.00 | 4,637.62 |
| **TOTAL DISBURSEMENTS** | $105,876.27 | $26,507.43 | $26,507.43 | $6,023.05 |

    4) This case was originally filed under Chapter 7 on November 06, 2014. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/03/2015     By: /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| National Guardian Life Insurance Policy | 1129-000 | 6,023.05 |
| **TOTAL GROSS RECEIPTS** | | **$6,023.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Advia Credit Union | 4110-000 | 61,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$61,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,352.31 | 1,352.31 | 1,352.31 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.12 | 3.12 | 3.12 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,385.43 | $1,385.43 | $1,385.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 15,761.93 | 15,761.93 | 15,761.93 | 2,909.71 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 9,360.07 | 9,360.07 | 1,727.91 |
| NOTFILED | Elan Financial Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit Inc. | 7100-000 | 18,514.92 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 7100-000 | 10,599.42 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,876.27 | $25,122.00 | $25,122.00 | $4,637.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83393  
**Case Name:** STRACK, DALE R.

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/06/14 (f)  
**§341(a) Meeting Date:** 12/11/14

**Period Ending:** 11/03/15  
**Claims Bar Date:** 05/11/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Real estate located at: 527 West Street, Rockton | 47,421.00 | 0.00 | | 0.00 | FA |
| 2  Advia/savings | 50.00 | 0.00 | | 0.00 | FA |
| 3  First National Bank of Beloit/checking | 500.00 | 0.00 | | 0.00 | FA |
| 4  Misc. household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  Clothing and personal items | 800.00 | 0.00 | | 0.00 | FA |
| 6  Wedding Rings | 50.00 | 0.00 | | 0.00 | FA |
| 7  National Guardian Life Insurance Policy | 15,058.00 | 6,023.20 | | 6,023.05 | FA |
| 8  Interest in Advia IRA | 7,013.00 | 0.00 | | 0.00 | FA |
| 9  Interest in Balsley Printing 401K Plan | 79,000.00 | 0.00 | | 0.00 | FA |
| 10  1997 Ford Expedition (130,000 ) | 1,625.00 | 0.00 | | 0.00 | FA |
| 11  1997 GMC Safari (190,000 ) | 200.00 | 0.00 | | 0.00 | FA |
| 12  2000 Saturn LS (130,000 ) | 387.50 | 0.00 | | 0.00 | FA |
| 13  1978 Suzuki 550 | 250.00 | 0.00 | | 0.00 | FA |
| 13  **Assets   Totals** (Excluding unknown values) | **$153,854.50** | **$6,023.20** | | **$6,023.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 18, 2015    **Current Projected Date Of Final Report (TFR):**   June 18, 2015  (Actual)

Printed: 11/03/2015 01:56 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83393  
**Case Name:** STRACK, DALE R.  
**Taxpayer ID #:** \*\*-\*\*\*5925  
**Period Ending:** 11/03/15  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*5666 - Checking Account  
**Blanket Bond:** $780,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/15 | {7} | Dale R. Strack | life insurance proceeds | 1129-000 | 6,023.05 | | 6,023.05 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,013.05 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,003.05 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,993.05 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-83393, Bond #016018067 | 2300-000 | | 3.12 | 5,989.93 |
| 08/06/15 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,352.31, Trustee Compensation; Reference: | 2100-000 | | 1,352.31 | 4,637.62 |
| 08/06/15 | 103 | Discover Bank | Dividend paid 18.46% on $15,761.93; Claim# 1; Filed: $15,761.93; Reference: | 7100-000 | | 2,909.71 | 1,727.91 |
| 08/06/15 | 104 | Portfolio Recovery Associates, LLC | Dividend paid 18.46% on $9,360.07; Claim# 2; Filed: $9,360.07; Reference: | 7100-000 | | 1,727.91 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 6,023.05 | 6,023.05 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 6,023.05 | 6,023.05 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $6,023.05 | $6,023.05 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # \*\*\*\*\*\*5666 | 6,023.05 | 6,023.05 | 0.00 |
| | $6,023.05 | $6,023.05 | $0.00 |

{} Asset reference(s)    Printed: 11/03/2015 01:56 PM    V.13.25